**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

STACEY MERCER, *an individual*,

                            Plaintiff,

    -against-

GATEWAY HOTEL, L.P., *a California limited partnership*,

                          Defendant.

------------------------------------- x

<u>ORDER</u>

19 Civ. 9801 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 17 2019

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       December 17, 2019

                                                      SO ORDERED.

                                                      GEORGE B. DANIELS
                                                      United States District Judge